**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

CONSTITUTION PIPELINE         :
COMPANY, LLC                :
                               :
        Plaintiff,           :
                               :         CIVIL ACTION
        v.                   :
                               :     Case No. <u>1:14-cv-02000-NAM-RFT</u>
A PERMANENT EASEMENT FOR   :
3.62 ACRES AND TEMPORARY    :     **Electronically Filed**
EASEMENTS FOR 3.08 ACRES     :
IN MIDDLEBURGH,             :
SCHOHARIE COUNTY, NEW YORK,  :
TAX PARCEL NUMBER 81.-4-13,   :
JAMES E. BIXBY, et al.        :
                               :
        Defendants.        :
                               :

<u>**ORDER**</u>

AND NOW, this 21ˢᵗ day of February, 2015, upon consideration of Plaintiff's Omnibus

Motion for Preliminary Injunction for Possession of Rights of Way by February 16, 2015

Pursuant to the Natural Gas Act and Federal Rules of Civil Procedure 71.1 and 65, and the

documents and arguments submitted in reference thereto, and the Motion is hereby GRANTED

and:

    (a)     Upon filing the bond required below, beginning February 16, 2015, Plaintiff

Constitution Pipeline Company, LLC ("Constitution") is granted access to, possession of and

entry to the following Rights of Way:

        1.     A permanent right of way and easement, containing 3.62 acres, as
            described as "Area of Permanent Right of Way" in Exhibit A attached
            hereto, for the purpose of constructing, operating, maintaining, altering,
            repairing, changing the size of, replacing and removing a pipeline and all
            related equipment and appurtenances thereto (including but not limited to
            meters, fittings, tie-overs, valves, cathodic protection equipment and
            launchers and receivers) for the transportation of natural gas, or its
            byproducts, and other substances as approved by the Federal Energy

Regulatory Commission pursuant to the Natural Gas Act and the Order of the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014); together with all rights and benefits necessary or convenient for the full enjoyment or use of the right of way and easement.  Defendants shall have a right of ingress and egress across the permanent right of way, provided that Defendants shall not build any  permanent structures on said permanent right of way or any part thereof, will not change the grade of said permanent right of way, or any part thereof, will not plant trees on said permanent right of way, or any part thereof, or use said permanent right of way or any part thereof for a road, or use said permanent right of way or any part thereof in such a way as to interfere with Plaintiff's immediate and unimpeded access to said permanent right of way, or otherwise interfere with Plaintiff's lawful exercise of any of the rights herein granted without first having obtained Plaintiff's approval in writing, and Defendants will not permit others to do any of said acts without first having obtained Plaintiff's approval in writing, except that the landowner may construct a single driveway that crosses the permanent right of way perpendicularly after providing reasonable notice to Plaintiff provided that Defendants do not excavate or change the grade of the permanent right of way during construction of said driveway.  Plaintiff shall have the right to cut the driveway if necessary to access the pipeline, but will restore the driveway to its original condition.  Plaintiff shall also have the right from time to time at no additional cost to Defendants to cut and remove all trees including trees considered as a growing crop, all undergrowth and any other obstructions that may injure, endanger or interfere with the construction and use of said pipeline and all related equipment and appurtenances thereto.

2.      Temporary easements of 3.08 acres, as described as "Area of Temporary Workspace" and "Area of Additional Temporary Workspace" in Exhibit A attached hereto, for use during the pipeline construction and restoration period only for the purpose of ingress, egress and regress and to enter upon, clear off and use for construction and all activities required by the Order of the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014).

(b)     Constitution shall post a bond in the amount of $88,000.00 as security for the payment of just compensation to Defendants.

(c)     Constitution shall record this Order in the County Clerk's Office of Schoharie County, New York.

IT IS SO ORDERED.

Norman A. Mordue
Senior U.S. District Judge

# **EXHIBIT A**



CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
JAMES E. BIXBY and MARGARET G. BIXBY
TOWN OF MIDDLEBURGH
SCHOHARIE COUNTY, NEW YORK



JAMES E. BIXBY, JR.
and MARY A. BIXBY
L.L. NO.
ALT-O-NY-SC-014.000

10' WIDE TEMPORARY
WORKSPACE #2

S 51°16'48" E
332.75'

50'x150' ADDITIONAL TEMPORARY
WORKSPACE

25', 40' & 50' WIDE
TEMPORARY WORKSPACE

BIXBY RD.

50' WIDE PERMANENT
EASEMENT

₵ PROPOSED 30" NATURAL
GAS PIPELINE

10' WIDE TEMPORARY
WORKSPACE #1

ANNELIESE KARL
L.L. NO. ALT-O-NY-SC-013.009

50'x100' ADDITIONAL
TEMPORARY WORKSPACE

JAMES E. BIXBY and
MARGARET G. BIXBY
L.L. NO. ALT-O-NY-SC-013.010
TAX PARCEL ID # 81.-4-13

P.O.B. OF 50' WIDE
PERMANENT EASEMENT #1

CONNECTING COURSE
N 04°22'14" W, 465.24'

POINT OF
COMMENCEMENT #1

NOTES:

1. BEARINGS SHOWN ARE BASED ON NAD 83, UTM ZONE 18N.

2. TOTALS PART 1

3. LENGTH OF PIPELINE . . . . . . . . . . . . . . . . . . . . 2661.37'

    AREA OF PERMANENT RIGHT OF WAY . . . . . . . . . . . . . 3.05 AC.

    AREA OF TEMPORARY WORKSPACE . . . . . . . . . . . . . . 2.37 AC.

    AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . . . . . 0.29 AC.

4. ROADS

WE HAVE NOT DETERMINED THE FEE OWNERSHIP OF THE ROADS SHOWN, AND FOR
THE PURPOSES OF THIS EXHIBIT HAVE ASSUMED THAT ADJOINING LANDOWNERS RETAIN
AN INTEREST IN THE PROPERTY SUBJECT TO THE RIGHT OF WAY OF ALL ROADS SHOWN
OTHER THAN INTERSTATE HIGHWAYS.

THE INFORMATION SHOWN ON THIS DRAWING IS FROM FIELD SURVEY PERFORMED
BY CONSTITUTION PIPELINE COMPANY, LLC FOR THE SOLE PURPOSE OF CREATING
A RIGHT OF WAY ACQUISITION AND REPRESENTS THE CONDITIONS AS THEY EXIST
ON THE GROUND AS OF THE SURVEY.

NYSPLS LIC. NO. 050820       DATE:
DONALD P. SCHELL
MASER CONSULTING P.A.

PART 1

0        600        1200        1800
SCALE IN FEET

| DRAWING NO. | REFERENCE TITLE | | | CONSTITUTION PIPELINE COMPANY, LLC PROPOSED 30" NATURAL GAS PIPELINE CROSSING PROPERTY OF JAMES E. BIXBY and MARGARET G. BIXBY TOWN OF MIDDLEBURGH SCHOHARIE COUNTY, NEW YORK | | | |
|---|---|---|---|---|---|---|---|
| 26-03-70/0001-115 | ALIGNMENT SHEET | | | | | | |
| 26-03-70/0001-116 | ALIGNMENT SHEET | | | | | | |

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 08-20-14 | ISSUED FOR BID: | SCALE: 1"=600' |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 08-13-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: KG | DATE: 08-13-14 | ISSUED FOR CONSTRUCTION: | |
| B | 08-08-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 09-08-14 | DRAWING NUMBER: 26-06-85/113.16-2-0 | SHEET 2 |
| 0 | 08-09-14 | GIE | APPROVED | 1110415 | | | W/O: 1110415 | | | OF 10 |

℄ PROPOSED 30" NATURAL GAS PIPELINE

| POINT# | BEARING | DISTANCE |
|--------|---------|----------|
| 1−2 | N 32°56'08" E | 285.91' |
| 2−3 | N 43°48'23" E | 58.92' |
| 3−4 | N 54°40'38" E | 1434.75' |
| 4−5 | N 41°07'32" E | 881.79' |

50' WIDE PERMANENT EASEMENT

| POINT# | BEARING | DISTANCE |
|--------|---------|----------|
| 6−7 | N 04°22'14" W | 82.50' |
| 7−8 | N 32°56'08" E | 255.47' |
| 8−9 | N 43°48'23" E | 63.68' |
| 9−10 | N 54°40'38" E | 1434.16' |
| 10−11 | N 41°07'32" E | 877.77' |
| 11−12 | S 51°16'48" E | 50.04' |
| 12−13 | S 41°07'32" W | 885.81' |
| 13−14 | S 54°40'38" W | 1435.34' |
| 14−15 | S 43°48'23" W | 54.17' |
| 15−6 | S 32°56'08" W | 316.34' |

25' 40' & 50' WIDE TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|--------|---------|----------|
| 6−15 | N 32°56'08" E | 316.34' |
| 15−14 | N 43°48'23" E | 54.17' |
| 14−13 | N 54°40'38" E | 1435.34' |
| 13−12 | N 41°07'32" E | 885.81' |
| 12−16 | S 51°16'48" E | 50.20' |
| 16−17 | S 41°07'32" W | 292.57' |
| 17−18 | N 48°56'53" W | 25.00' |
| 18−19 | S 41°07'32" W | 598.28' |
| 19−20 | S 54°40'38" W | 921.96' |
| 20−21 | S 35°19'22" E | 25.00' |
| 21−22 | S 54°40'38" W | 176.30' |
| 22−23 | N 35°19'22" W | 10.00' |
| 23−24 | S 54°40'38" W | 336.25' |
| 24−25 | S 43°48'23" W | 46.55' |
| 25−26 | S 32°56'08" W | 365.03' |
| 26−6 | N 04°22'14" W | 66.00' |

10' WIDE TEMPORARY WORKSPACE #1

| POINT# | BEARING | DISTANCE |
|--------|---------|----------|
| 7−27 | N 04°22'14" W | 16.50' |
| 27−28 | N 32°56'08" E | 243.30' |
| 28−29 | N 43°48'23" E | 65.58' |
| 29−30 | N 54°40'38" E | 560.28' |
| 30−31 | S 35°19'22" E | 10.00' |
| 31−9 | S 54°40'38" W | 559.33' |
| 9−8 | S 43°48'23" W | 63.68' |
| 8−7 | S 32°56'08" W | 255.47' |

10' WIDE TEMPORARY WORKSPACE #2

| POINT# | BEARING | DISTANCE |
|--------|---------|----------|
| 32−33 | N 48°56'04" W | 12.75' |
| 33−34 | N 40°05'34" E | 261.64' |
| 34−11 | S 55°54'25" E | 17.60' |
| 11−32 | S 41°07'32" W | 263.74' |

50'x100' ADDITIONAL TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|--------|---------|----------|
| 35−21 | N 54°40'38" E | 100.00' |
| 21−36 | S 35°19'22" E | 50.00' |
| 36−34 | S 54°40'38" W | 100.00' |
| 34−35 | N 35°19'22" W | 50.00' |

50'x150' ADDITIONAL TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|--------|---------|----------|
| 17−38 | N 41°07'32" E | 150.00' |
| 38−39 | S 48°56'04" E | 50.00' |
| 39−37 | S 41°07'32" W | 150.00' |
| 37−17 | N 48°55'59" W | 50.00' |

DATE: 9/11/14

NYSPLS LIC. NO. 050820
DONALD P. SCHELL
MASER CONSULTING P.A.

050820

PART 1

| | | |
|---|---|---|
| DRAWING NO. | REFERENCE TITLE | CONSTITUTION PIPELINE COMPANY, LLC |
| 26-03-70/0001-115 | ALIGNMENT SHEET | PROPOSED 30" NATURAL GAS PIPELINE |
| 26-03-70/0001-116 | ALIGNMENT SHEET | CROSSING PROPERTY OF |
| | | JAMES E. BIXBY and MARGARET G. BIXBY |
| | | TOWN OF MIDDLEBURGH |
| | | SCHOHARIE COUNTY, NEW YORK |


CONSTITUTION PIPELINE

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: CIE | DATE: 05-20-14 | ISSUED FOR BID: | SCALE: NONE |
|-----|------|-----|---------------------|----------|------|------|---------------|----------------|-----------------|-------------|
| A | 08-13-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: KG | DATE: 08-13-14 | ISSUED FOR CONSTRUCTION: | |
| B | 08-08-14 | GIE | REVISED — ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 08-08-14 | DRAWING NUMBER: 26−06−85/113.16−3−0 | SHEET 3 |
| 0 | 08-08-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | OF 10 |

DESCRIPTION FOR THE PROPOSED 50' PERMANENT EASEMENT
ACROSS PROPERTY OF
JAMES E. BIXBY and MARGARET G. BIXBY
TAX PARCEL ID # 81.-4-13
BOOK 329, PAGE 183
LOCATED IN TOWN OF MIDDLEBURGH
SCHOHARIE COUNTY, NEW YORK

Commencing at a point in the West boundary line of the aforementioned parcel, said point being the most Easterly Southwest corner and Point of Commencement; thence N 04°22'14" W a distance of 465.24 feet to a point, said point being the Point of Beginning;

Thence continuing along said boundary line, N 04°22'14" W a distance of 82.50 feet to a point;

Thence, N 32°56'08" E a distance of 255.47 feet to a point;

Thence, N 43°48'23" E a distance of 63.68 feet to a point;

Thence, N 54°40'38" E a distance of 1434.16 feet to a point;

Thence, N 41°07'32" E a distance of 877.77 feet to a point in the division line between the lands of James E. Bixby and Margaret G. Bixby to the South and lands of James E. Bixby, Jr. and Mary A. Bixby to the North;

Thence along said division line, S 51°16'48" E a distance of 50.04 feet to a point;

Thence through the lands of James E. Bixby and Margaret G. Bixby, S 41°07'32" W a distance of 885.81 feet to a point;

Thence, S 54°40'38" W a distance of 1435.34 feet to a point;

Thence, S 43°48'23" W a distance of 54.17 feet to a point;

Thence, S 32°56'08" W a distance of 316.34 feet to the Point of Beginning containing 3.05 acres.

The 3.05 acres being part of the 3.62 acres total, as shown on Sheet 1, "Area of Permanent Right of Way".

All this is more fully shown on Drawing No. 26-06-85/113.16-1 thru 10 entitled "Constitution Pipeline Company, LLC – James E. Bixby and Margaret G. Bixby – Located in the Town of Middleburgh – Schoharie County, New York " dated September 09, 2014.

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

DATE:

PART 1

| | | | | CONSTITUTION PIPELINE COMPANY, LLC | | |
|---|---|---|---|---|---|---|
| DRAWING NO. | REFERENCE TITLE | | | PROPOSED 30" NATURAL GAS PIPELINE | |  |
| 26-03-70/0001-115 | ALIGNMENT SHEET | | | CROSSING PROPERTY OF | | |
| 26-03-70/0001-116 | ALIGNMENT SHEET | | | JAMES E. BIXBY and MARGARET G. BIXBY | | |
| | | | | TOWN OF MIDDLEBURGH | | |
| | | | | SCHOHARIE COUNTY, NEW YORK | | |

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-20-14 | ISSUED FOR BID: | | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 08-13-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: KG | DATE: 08-13-14 | ISSUED FOR CONSTRUCTION: | | |
| B | 08-08-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 09-08-14 | DRAWING NUMBER: 26-06-85/113.16-4-0 | | SHEET 4 |
| 0 | 08-08-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | | OF 10 |

8:18:12 AM    9/10/2014
H:\...idd\1974\100 – Constitution Pipeline\3 Pipeline\Condemnation\ALT-0-NY-SO-013.010-4_0.dwg

## DESCRIPTION FOR THE PROPOSED 25', 40' & 50' TEMPORARY WORKSPACE

Beginning at a point in the West boundary line of the aforementioned parcel, said point being the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 32°56'08" E a distance of 316.34 feet to a point;
Thence, N 43°48'23" E a distance of 54.17 feet to a point;
Thence, N 54°40'38" E a distance of 1435.34 feet to a point;
Thence, N 41°07'32" E a distance of 885.81 feet to a point in the division line between the lands of James E. Bixby to the South and lands of James E. Bixby, Jr. to the North;
Thence along said division line, S 51°16'48" E a distance of 50.20 feet to a point;
Thence through the lands of James E. Bixby, S 41°09'24" W a distance of 292.57 feet to a point;
Thence, N 48°56'53" W a distance of 25.00 feet to a point;
Thence, S 41°07'32" W a distance of 598.28 feet to a point;
Thence, S 54°40'38" W a distance of 921.96 feet to a point;
Thence, S 35°19'22" E a distance of 25.00 feet to a point;
Thence, S 54°40'38" W a distance of 176.30 feet to a point;
Thence, N 35°19'22" W a distance of 10.00 feet to a point;
Thence, S 54°40'38" W a distance of 336.25 feet to a point;
Thence, S 43°48'23" W a distance of 46.55 feet to a point;
Thence, S 32°56'08" W a distance of 365.03 feet to a point in the West boundary line of said parcel of land;
Thence along said West boundary line, N 04°22'14" W a distance of 66.00 feet to the Point of Beginning containing 2.08 acres.

The 2.08 acres being part of the 2.73 acres total, as shown on Sheet 1, "Area of Temporary Workspace".

## DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #1

Beginning at a point in the West boundary line of the aforementioned parcel, said point being located N 04°22'14" W a distance of 82.50 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence continuing along said West boundary line, N 04°22'14" W a distance of 16.50 feet to a point;
Thence, N 32°56'08" E a distance of 243.30 feet to a point;
Thence, N 43°48'23" E a distance of 65.58 feet to a point;
Thence, N 54°40'38" E a distance of 560.28 feet to a point;
Thence, S 35°19'22" E a distance of 10.00 feet to a point;
Thence, S 54°40'38" W a distance of 559.33 feet to a point;
Thence, S 43°48'23" W a distance of 63.68 feet to a point;
Thence, S 32°56'08" W a distance of 255.47 feet to the Point of Beginning containing 0.20 acre.

The 0.20 acre being part of the 2.73 acres total, as shown on Sheet 1, "Area of Temporary Workspace".

## DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #2

Beginning at a point located N 46°58'06" E a distance of 2395.01 feet, from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 48°56'04" W a distance of 12.75 feet to a point;
Thence, N 40°05'34" E a distance of 261.64 feet to a point in the division line between the lands of James E. Bixby to the South and lands of James E. Bixby, Jr. to the North;
Thence along said division line, S 55°54'25" E a distance of 17.60 feet to a point;
Thence through the lands of James E. Bixby, S 41°07'32" W a distance of 263.74 feet to the Point of Beginning containing 0.09 acres

The 0.09 acre being part of the 2.73 acres total, as shown on Sheet 1, "Area of Temporary Workspace".

DATE: 9/11/14

PART 1

NYSPLS LIC. NO. 050820
DONALD R. SCHEL
MASER CONSULTING P.A.

| DRAWING NO. | REFERENCE TITLE | | CONSTITUTION PIPELINE COMPANY, LLC PROPOSED 30" NATURAL GAS PIPELINE CROSSING PROPERTY OF JAMES E. BIXBY and MARGARET G. BIXBY TOWN OF MIDDLEBURGH SCHOHARIE COUNTY, NEW YORK | | |
|---|---|---|---|---|---|
| 26-03-70/0001-115 | ALIGNMENT SHEET | | | | |
| 26-03-70/0001-116 | ALIGNMENT SHEET | | | | |

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-20-14 | ISSUED FOR BID: | | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 08-13-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: KG | DATE: 08-13-14 | ISSUED FOR CONSTRUCTION: | | |
| B | 08-08-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DRS | DATE: 09-08-14 | DRAWING NUMBER: 26-06-85/113.16-5-0 | | SHEET 5 |
| 0 | 09-08-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | | OF 10 |

DESCRIPTION FOR THE PROPOSED 50'x100' ADDITIONAL TEMPORARY WORKSPACE

Beginning at a point located N 48°53'18" E a distance of 767.30 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;
    Thence, N 54°40'38" E a distance of 100.00 feet to a point;
    Thence, S 35°19'22" E a distance of 50.00 feet to a point;
    Thence, S 54°40'38" W a distance of 100.00 feet to a point;
    Thence, N 35°19'22" W a distance of 50.00 feet to the Point of Beginning containing 0.12 acre.

The 0.12 acre being part of the 0.35 acre total, as shown on Sheet 1, "Area of Additional Temporary Workspace".

DESCRIPTION FOR THE PROPOSED 50'x150' ADDITIONAL TEMPORARY WORKSPACE

Beginning at a point located N 49°25'17" E a distance of 2382.87 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;
    Thence, N 41°07'32" E a distance of 150.00 feet to a point;
    Thence, S 48°56'04" E a distance of 50.00 feet to a point;
    Thence, S 41°07'32" W a distance of 150.00 feet to a point;
    Thence, N 48°55'59" W a distance of 50.00 feet to the Point of Beginning containing 0.17 acre.

The 0.17 acre being part of the 0.35 acre total, as shown on Sheet 1, "Area of Additional Temporary Workspace".

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

DATE: 9/11/14

PART 1

| | | |
|---|---|---|
| DRAWING NO. | REFERENCE TITLE | |
| 26-03-70/0001-115 | ALIGNMENT SHEET | |
| 26-03-70/0001-116 | ALIGNMENT SHEET | |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
JAMES E. BIXBY and MARGARET G. BIXBY
TOWN OF MIDDLEBURGH
SCHOHARIE COUNTY, NEW YORK


CONSTITUTION PIPELINE

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: | GIE | DATE: 05-20-14 | ISSUED FOR BID: | | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 08-13-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: | KG | DATE: 08-13-14 | ISSUED FOR CONSTRUCTION: | | |
| B | 08-08-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | | DATE: 09-08-14 | DRAWING NUMBER: 26-06-85/113.16-6-0 | | SHEET 6 |
| 0 | 09-09-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | | | OF 10 |



CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
JAMES E. BIXBY and MARGARET G. BIXBY
TOWN OF MIDDLEBURGH
SCHOHARIE COUNTY, NEW YORK

℄ PROPOSED 30" NATURAL GAS PIPELINE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 1–2 | N 41°07'32" E | 67.89' |
| 2–3 | N 53°22'14" E | 48.85' |
| 3–4 | N 65°40'33" E | 327.39' |
| 4–5 | N 53°23'00" E | 54.36' |

50' WIDE PERMANENT EASEMENT

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 6–7 | N 51°13'51" W | 50.04' |
| 7–8 | N 41°07'32" E | 71.60' |
| 8–9 | N 53°23'14" E | 54.23' |
| 9–10 | N 65°40'33" E | 327.40' |
| 10–11 | N 53°23'00" E | 55.71' |
| 11–12 | S 27°25'31" E | 50.65' |
| 12–13 | S 53°23'00" W | 53.00' |
| 13–14 | S 65°40'33" W | 327.39' |
| 14–15 | S 53°22'14" W | 43.48' |
| 15–6 | S 41°07'32" W | 64.17' |

25' WIDE TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 25–26 | N 24°19'27" W | 25.00' |
| 26–27 | N 65°40'33" E | 56.10' |
| 27–28 | N 53°23'00" E | 31.64' |
| 28–29 | S 26°54'11" E | 25.36' |
| 29–10 | S 53°23'00" W | 30.05' |
| 10–25 | S 65°40'33" W | 58.79' |

50'x50' ADDITIONAL TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 30–19 | N 65°40'33" E | 36.63' |
| 19–18 | N 53°23'00" E | 20.35' |
| 18–31 | S 21°02'01" E | 45.94' |
| 31–32 | S 34°43'10" E | 5.75' |
| 32–33 | S 53°23'00" W | 13.20' |
| 33–34 | S 65°40'33" W | 42.01' |
| 34–30 | N 24°19'27" W | 50.00' |

25' & 50' WIDE TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 6–15 | N 41°07'32" E | 64.17' |
| 15–14 | N 53°22'14" E | 43.48' |
| 14–13 | N 65°40'33" E | 327.39' |
| 13–16 | N 53°23'00" E | 26.88' |
| 16–17 | S 26°54'14" E | 19.08' |
| 17–18 | S 21°02'02" E | 32.39' |
| 18–19 | S 53°23'00" W | 20.35' |
| 19–20 | S 65°40'33" W | 67.10' |
| 20–21 | N 24°19'27" W | 25.00' |
| 21–22 | S 65°40'33" W | 262.98' |
| 22–23 | S 53°22'14" W | 38.10' |
| 23–24 | S 41°07'32" W | 60.46' |
| 24–6 | S 51°13'51" W | 25.07' |

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

DATE: 9/11/14

PART 2

| DRAWING NO. | REFERENCE TITLE |
|---|---|
| 26-03-70/0001-115 | ALIGNMENT SHEET |
| 26-03-70/0001-116 | ALIGNMENT SHEET |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
JAMES E. BIXBY and MARGARET G. BIXBY
TOWN OF MIDDLEBURGH
SCHOHARIE COUNTY, NEW YORK



CONSTITUTION PIPELINE

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: CIE | DATE: 08-20-14 | ISSUED FOR BID: | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 08-13-14 | CIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: KG | DATE: 08-13-14 | ISSUED FOR CONSTRUCTION: | |
| B | 08-08-14 | CIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 08-08-14 | DRAWING NUMBER: 26-06-85/113.16-8-0 | SHEET 8 |
| 0 | 08-08-14 | CIE | APPROVED | 1110415 | | | WO: 1110415 | | | OF 10 |

DESCRIPTION FOR THE PROPOSED 50' PERMANENT EASEMENT
ACROSS PROPERTY OF
JAMES E. BIXBY and MARGARET G. BIXBY
TAX PARCEL ID # 81.-4-13
BOOK 329, PAGE 183
LOCATED IN TOWN OF MIDDLEBURGH
SCHOHARIE COUNTY, NEW YORK

Commencing at a point in the most Northerly Southwest boundary line of the aforementioned parcel, said point being an Interior Northerly East corner and Point of Commencement; thence N 51°13'51" W a distance of 249.04 feet to a point, said point being the Point of Beginning;

Thence continuing along said boundary line, N 51°13'51" W a distance of 50.04 feet to a point;

Thence, N 41°07'32" E a distance of 71.60 feet to a point;

Thence, N 53°23'14" E a distance of 54.23 feet to a point;

Thence, N 65°40'33" E a distance of 327.40 feet to a point;

Thence, N 53°23'00" E a distance of 55.71 feet to a point in the division line between the lands of James E. Bixby and Margaret G. Bixby to the South and lands of Robert L. Wright to the North;

Thence along said division line, S 27°25'31" E a distance of 50.65 feet to a point;

Thence through the lands of James E. Bixby and Margaret G. Bixby, S 53°23'00" W a distance of 53.00 feet to a point;

Thence, S 65°40'33" W a distance of 327.39 feet to a point;

Thence, S 53°22'14" W a distance of 43.48 feet to a point;

Thence, S 41°07'32" W a distance of 64.17 feet to the Point of Beginning containing 0.57 acre.

The 0.57 acre being part of the 3.62 acres total, as shown on Sheet 1, "Area of Permanent Right of Way".

All this is more fully shown on Drawing No. 26-06-85/113.16-1 thru 10 entitled "Constitution Pipeline Company, LLC — James E. Bixby and Margaret G. Bixby — Located in the Town of Middleburgh — Schoharie County, New York " dated September 09, 2014.

NYSPLS LIC. NO. 050820
DONALD P. SCHIEL
MASER CONSULTING P.A. 050820

DATE: 9/11/14

PART 2

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. |
|-----|------|-----|---------------------|----------|------|------|
| A | 08-13-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| B | 09-08-14 | GIE | REVISED — ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 0 | 09-09-14 | GIE | APPROVED | 1110415 | | |

| DRAWING NO. | REFERENCE TITLE |
|-------------|-----------------|
| 26-03-70/0001-115 | ALIGNMENT SHEET |
| 26-03-70/0001-116 | ALIGNMENT SHEET |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
JAMES E. BIXBY and MARGARET G. BIXBY
TOWN OF MIDDLEBURGH
SCHOHARIE COUNTY, NEW YORK


CONSTITUTION PIPELINE

| DRAWN BY: | GIE | DATE: 05-20-14 | ISSUED FOR BID: | | SCALE: NONE |
|-----------|-----|----------------|-----------------|--|-------------|
| CHECKED BY: | KG | DATE: 08-13-14 | ISSUED FOR CONSTRUCTION: | | |
| APPROVED BY: | DPS | DATE: 09-08-14 | DRAWING NUMBER: 26-06-85/113.16-9-0 | | SHEET 9 OF 10 |
| WO: 1110415 | | | | | |

## DESCRIPTION FOR THE PROPOSED 25' & 50' TEMPORARY WORKSPACE

Beginning at a point in the most Northerly Southwest boundary line of the aforementioned parcel, said point being the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 41°07'32" E a distance of 64.17 feet to a point;
Thence, N 53°22'14" E a distance of 43.48 feet to a point;
Thence, N 65°40'33" E a distance of 327.39 feet to a point;
Thence, N 53°23'00" E a distance of 26.88 feet to a point in the Southwesterly right-of-way line of County Road 41 (Decker Hollow Road);
Thence along said right-of-way line, S 26°54'14" E a distance of 19.08 feet to a point;
Thence, S 21°02'02" E a distance of 32.39 feet to a point;
Thence, S 53°23'00" W a distance of 20.35 feet to a point;
Thence, S 65°40'33" W a distance of 67.10 feet to a point;
Thence, N 24°19'27" W a distance of 25.00 feet to a point;
Thence, S 65°40'33" W a distance of 262.98 feet to a point;
Thence, S 53°22'14" W a distance of 38.10 feet to a point;
Thence, S 41°07'32" W a distance of 60.46 feet to a point in said Northerly Southwest boundary line;
Thence along said boundary line, N 51°13'51" W a distance of 25.07 feet to the Point of Beginning containing 0.31 acre.

The 0.31 acre being part of the 2.73 acres total, as shown on Sheet 1, "Area of Temporary Workspace".

## DESCRIPTION FOR THE PROPOSED 25' TEMPORARY WORKSPACE

Beginning at a point located N 52°23'43" E a distance of 374.07 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 24°19'27" W a distance of 25.00 feet to a point;
Thence, N 65°40'33" E a distance of 56.10 feet to a point;
Thence, N 53°23'00" E a distance of 31.64 feet to a point in the Southwesterly right-of-way line of County Road 41 (Decker Hollow Road);
Thence along said right-of-way line, S 26°54'11" E a distance of 25.36 feet to a point;
Thence, S 53°23'00" W a distance of 30.05 feet to a point;
Thence, S 65°40'33" W a distance of 58.79 feet to the Point of Beginning containing 0.05 acre.

The 0.05 acre being part of the 2.73 acres total, as shown on Sheet 1, "Area of Temporary Workspace".

## DESCRIPTION FOR THE PROPOSED 50'x50' ADDITIONAL TEMPORARY WORKSPACE

Beginning at a point located N 67°42'20" E a distance of 397.24 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 65°40'33" E a distance of 36.63 feet to a point;
Thence, N 53°23'00" E a distance of 20.35 feet to a point in the Southwesterly right-of-way line of County Road 41 (Decker Hollow Road);
Thence along said right-of-way line, S 21°02'01" E a distance of 45.94 feet to a point;
Thence, S 34°43'10" E a distance of 5.75 feet to a point;
Thence, S 53°23'00" W a distance of 13.20 feet to a point;
Thence, S 65°40'33" W a distance of 42.01 feet to a point;
Thence, N 24°19'27" W a distance of 50.00 feet to the Point of Beginning containing 0.06 acre.

The 0.06 acre being part of the 0.35 acre total, as shown on Sheet 1, "Area of Additional Temporary Workspace".

NYSPLS LIC. NO. 050820
DONALD P. SCHELL
MASER CONSULTING P.A.

DATE: 9/11/14

PART 2

| DRAWING NO. | ALIGNMENT SHEET | REFERENCE TITLE |
|---|---|---|
| 26-03-70/0001-115 | ALIGNMENT SHEET | |
| 26-03-70/0001-116 | ALIGNMENT SHEET | |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
JAMES E. BIXBY and MARGARET G. BIXBY
TOWN OF MIDDLEBURGH
SCHOHARIE COUNTY, NEW YORK



| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-20-14 | ISSUED FOR BID: | | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 08-13-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: KG | DATE: 08-13-14 | | | |
| B | 09-08-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 09-08-14 | ISSUED FOR CONSTRUCTION: | | |
| 0 | 09-08-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | DRAWING NUMBER: 26-06-85/113.16-10-0 | | SHEET 10 OF 10 |